### TRANSCLEAN CORPORATION, James P. Viken, Jon A. Lang, and Donald E. Johnson, Plaintiffs–Appellees,

v.

### MOTORVAC TECHNOLOGIES, INC., Defendant–Appellant,

and

### Snap–On, Inc., Penske Auto Centers L.L.C., and Automotive Shop Services, Inc., Defendants.

### No. 03–1283.

United States Court of Appeals, Federal Circuit.

July 30, 2003.

### ORDER

The parties having so agreed, it is

---

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).